**Vincent Eugene WILLIAMS, Petitioner—Appellant,**

v.

**G. WASHINGTON, Warden, Respondent—Appellee.**

No. 05–6796.

United States Court of Appeals, Fourth Circuit.

Submitted April 17, 2006.

Decided April 27, 2006.

Vincent Eugene Williams, Appellant Pro Se. Amy L. Marshall, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILLIAMS and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vincent Eugene Williams seeks to appeal the district court's order denying his request for reconsideration pursuant to Fed.R.Civ.P. 59(e). We previously reviewed this order in Williams' prior appeal. *See Williams v. Washington,* 144 Fed. Appx 335 (4th Cir.2005) (unpublished). Accordingly, we dismiss this appeal as duplicative. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*